Bettye FANNING, Plaintiff–Appellant,

v.

**BOSTON MARKET CORPORATION,**
Defendant–Appellee.

No. 07–11929.

United States Court of Appeals,
Eleventh Circuit.

Jan. 23, 2008.

Alan H. Garber, Marc N. Garber, The Garber Law Firm, P.C., Marietta, GA, for Plaintiff–Appellant.

Brennan W. Bolt, Curtis L. Mack, Chandra Cain Davis, McGuireWoods LLP, Atlanta, GA, for Defendant–Appellee.

* Honorable K. Michael Moore, U.S. District Judge for the Southern District of Florida,

Before HULL and PRYOR, Circuit Judges, and MOORE,* District Judge.

PER CURIAM:

After review and oral argument, the Court concludes that Plaintiff–Appellant Bettye Fanning has not shown any reversible error in the district court's March 26, 2007 order adopting the magistrate judge's report and recommendation of February 26, 2007. Thus, the Court affirms the March 26, 2007 order granting summary judgment in favor of Defendant–Appellee Boston Market Corporation as to Fanning's federal claims and dismissing her state-law claims without prejudice.

**AFFIRMED.**